*MA*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

MonTEZ ARTIS

# B84281

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

QUENTIN TANNER
RANDY PFISTER

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**1:17-cv-06905**
**Judge John Z. Lee**
**Magistrate Judge Daniel G. Martin**
**PC8**

**RECEIVED**

SEP 2 5 2017

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: _Montez Artis_

B.  List all aliases: _None_

C.  Prisoner identification number: _B84281_

D.  Place of present confinement: _Stateville Correctional Center_

E.  Address: _16830 S. Broadway, Joliet, IL 60434_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: _Quentin Tanner_

   Title: _Head Kitchen Supervisor_

   Place of Employment: _Stateville Correctional Center_

B.  Defendant: _Randy Pfister_

   Title: _Warden_

   Place of Employment: _Stateville Correctional Center_

C.  Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *Freedom of Information Act (FOIA) Complaint 16-MR-247*

B. Approximate date of filing lawsuit: *08-16-2016*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *NONE Montez ArliP*

D. List all defendants: *EAPt St. Lou. P Police Dept and City of EAPt St. Lou. P St. Clair State Athorney, City of Brophlyn Randy Phifer et. Al, Chicago Police Dept City of Chicago, Cook County State Athorney I.P.R.A And Chicago Heights Police Dept*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Cook County; Will County Northern District of Illinois EaPtern Division, St. Clair County.*

F. Name of judge to whom case was assigned: *Judge John Z. Lee, Judge LeChien, Hon. Christopher Kohler, Judges Valoextrama Ulyde.*

G. Basic claim made: *1st amendment violation, and the other 7.-A violation of the Illinois Freedom of Information Act 5ILCS Holletseg. Deliberate indifference.*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *All caPe are St.ll Pending.*

I. Approximate date of disposition: *UNKNOWN.*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

A. NAME of CASE AND docket NumbER : Munter ARt. P V.
RANDY Pfister CASE No 1:17-CV-4613; ARt.P V Brook NW
Police Dept AND village CASE No. 17-CH 269;
ARt.P V. St. Clair Pixie's Attorney CASE No. 16 MR 352;
ARt.S1. City of Chicago AND Chicago Police Dept
CASE No. 17 CH 09 064; ARt.P V. (I.P.R.A)
Independent Police Review Authority CASE No.
Not Received; ARt.P V. Chicago Heights Police Dept
CASE No. Not Received; ARt. P V. Cook County
State's Attorney's CASE No. Not Received.

B. Approximate date of filing lawsuit: 12 - 12 - 2016;
05 - 08 - 2017; 06 - 29 - 17; 06, 20, 17; 08 - 11 - 2017.
06 - 29 - 17, & 06 - 29 - 17.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) Quentin Tanner (Head supervisor) Defendant, sued in his official capacity and individual capacity while acting under the color of State Law violated Plaintiff's First (1st) Amendment Right to practice his Jewish Faith by serving contaminated, tainted, and polluted food, utensils, and trays. 2.) Not having a kosher Dietary kitchen setup, Dishwasher, trays, cookers, ovens, freezers, containers, and utensils 3.) Serving Plaintiff non kosher foods when kosher trays or out of stock due to budget restraints. Plaintiff Arthe arrive at Stateville CC around 09-18-12, Plaintiff began receiving kosher Diet a 2 weeks later. About (1) one month later kosher tray began to run out and Tanner would force Plaintiff to choose non kosher Diet. Year after year this policy and practice has occurred. In January 2011 Plaintiff was informed by a Reliable kitchen worker that Stateville doesn't have a kosher kitchen & that there's cross contamination allowed by Tanner and

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

supervisors and personnel to disregard the kosher requirements. The breakfast had such as grits, oatmeal, eggs, gravy, pancakes, and grilled cheese are all cook on the grille, pots, and ovens the pork is cook on and in. We are force to eat with trays thats used to hold pork and any none kosher products. The utensils for kosher are never given to Plaintiff, so Plaintiff have to use hands to eat with. Plaintiff have not eaten the breakfast, salad and most food thats not covered since learning that food was and is being contaminated.

Plaintiff has also received an affidavit stating that there's roaches, mice and bird's living inside the kitchen coolers & other areas. Plaintiff received safety and sanitation inspection reports concerning the abysmal conditions of Stateville's kitchen and feeding area. Plaintiff has lost weight from the numerous meals he's back to miss due to cross contamination of food. 2.1 RANDY PFISTER (WARDEN) DEFENDANT is sued in his official capacity and individual capacity while acting under the color of State law violated Plaintiff's First Amendment Right to practice his Jewish Faith by maintaining

A PRACTICE OR POLICY THAT SANCTIONED, denying Plaintiff's Right to unpolluted AND uncontaminated kosher Diet by Not having a kosher kitchen AND Turning a blind eye to Plaintiff's Right to AN uncontaminated kosher Diet.

6.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

1. I Award Plaintiff Punitive damages, Nominal damages, Compensatory damages and injunctive Relief.

2. Award Such other and additional Relief that the Honorable Court deem's Just and equitable. 3). order Defendants to pay any and all Court Cost Associated with Suit and attorney fees.

VI.    The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _14_ day of _Sept_, 20_17_

_Montez Artis_
(Signature of plaintiff or plaintiffs)

_Montez Artis_
(Print name)

_B84281_
(I.D. Number)

_16830 S. Broadway_
_Joliet, Illinois 60434_
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES IN THE DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Montez Artis
Plaintiff/Petitioner                    )
                                         )
                                         )
         Vs. Quentin Tanner,             )          No. _____
                Randy Pfister            )
Defendant/Respondent                     )

PROOF/CERTIFICATE OF SERVICE

Office of Clerk of The U.S.
TO: District Court U.S. Courthouse TO: _____
    219 South Dearborn Street      _____
    Chicago Illinois               _____
          60604

PLEASE TAKE NOTICE that on _Sept -21-_____, 20_17_, I placed the attached or enclosed documents in the institutional mail at _Stateville_____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service
(1) original to clerk and (3) copies

DATED: _Sept -20- 17_                /s/ _Montez Artis_
                                     Name: _Montez Artis_
                                     IDOC#: _B84287_
                                     Address: _P.O. Box 112_
                                              _Joliet IL 60434_

Subscribed and sworn to before me this _20th_ day of _September_ _2017_

_Phyllis Baker_
Notary Public

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires 4/30/2019

Montez Arthur B84281
C - 8.38

GARY TANNER
HEAD SUPERVISOR
RE: Kosher Diet.
DATE: 01 · 06 · 17


DEAR MR. TANNER,

Hi sir, how goes everything? Well I hope.
I'm writing this letter in concerns of the kosher Diet and
the kitchen here at Stateville.

I was told recently that Stateville does not have
a kosher kitchen. Is that true sir? Because if so my
Breakfast, lunch and Dinner meals have been Ruined due to
cross contamination. As an orthodox Jewish believer I'm defiled
when I consumed foods that's not prepared accordingly.

You nor your staff can feed me with food placed in Non kosher
containers. The pots, pans, ovens, and grills are used to cook
or hold pork or other Non kosher foods. Even if your kitchen
is kosher you cannot place dairy products in kosher meat
products. I will not continue to eat the breakfast meals that's
cook in these pots, the can fruit that placed inside these pans
the bread that's being served until you can assure me that these
allegation are not true.

Sincerely,

Montez Artis

Montez Art. S

C·C· File

# Jewish Dietary Laws (Kashrut): How to Keep a Kosher Kitchen

To maintain a kosher kitchen, the first and most important element is to only allow certified kosher food into your house. Beyond that, however, the entire kitchen, eating areas and dishes and utensils must also be kosher. The following guidelines for keeping a kosher kitchen are derived from the Conservative perspective; for more practical or personal advice, please consult a halachic authority.

- Dishes & Silverware
- Cabinets, Drawers & Trays
- Tablecloths, Napkins & Placemats
- Refrigerators
- Ovens
- Stovetops
- Microwaves
- Porcelain & Metal Sinks
- Dishwashers

### Dishes and silverware

It is essential to have seperate sets of dishes for dairy products and meat. It is best to have two distinct colors, patterns or styles so that you will not be confused when you look at a plate or a fork as to whether it is for dairy or meat.

### Cabinets, Drawers & Trays

To help avoid confusion, it is best to designate separate cabinets for the dairy equipment and meat equipment. If you have cabinets on two sides of the kitchen, you may want to put the meat on one side and the dairy one on the other to avoid confusion. When you first organize your kosher kitchen, it is wise to label the cabinets on the outside as "Dairy [Chalav]" and "Meat [Basar]." You can use masking tape or colored file dots that you can get from a stationary store (red and blue are popular to be used, red for meat, blue for dairy). Many Judaica stores and online Judaica shops also sell various styles of labels for meat and dairy. You will also find these labels come in handy if you have guests and they



want to put the dishes away or take them out. If you have a housekeeper, labeling helps make sure no mistakes are made.

## Tableclothes, Napkins & Placemats

As with the kitchen, the dining room/eating area maintains the separation of meat and dairy foods by using separate utensils. This includes seperate tablecloths, (cloth) napkins, placemats and other similiar items.

While laundering may be suitable to kasher them (particularly if mistakes are made), it is advisable to have a seperate meat and dairy set because you may forget before using them which type of food was eaten on them last.

## Refrigerators

When placing food in the refrigerator, care should be taken to avoid contact between open packages of meat and dairy products.

## Ovens

One should not use the oven for dairy and meat at the same time. Between using the oven for dairy and meat, the oven should be cleaned (wiped up) if spillage has occured. Electronic self-cleaning ovens can be kashered simply by cleaning up spills and running the self-cleaning cycle. however, oven manufacturers generally recommend that the self-cleaning cycle not be used more than once or twice a year due to the extremely high heat that the self-cleaning cycle generates.

## Stovetops

Spills on the stovetops should be cleaned, particularly in between using the stove for meat and dairy foods. This is especially true if you tend to rest pot lids on the stovetop when cooking. There is no need to designate seperate meat and dairy burners. It is best to avoid cooking meat and dairy foods on the same stovetop at the same time to avoid spillage. If you must do so, extra care should be taken to ensure that no spillage or transfer or liquid or heat occurs and to ensure that your pots are covered tightly.

## Microwaves

It is best not to use a microwave oven for cooking meat and dairy foods at the same time because microwave covers usually have holes in them that allow fumes to escape.

## Porcelain & Metal Sinks

Because porcelain sinks are made of material that is not kasher-able, sink racks (that fit on the bottom of the sink and keep the dishes from touching the bottom) or a tub (which can be



used for soaking the dishes) are put into the sink. Separate racks or tubs must be used for dairy and meat.

Metal sinks may be kashered by pouring boiling water in them. The water must be boiling before you pour the water in and remain boiling as it comes into contact with the metal lining of the sink. There should be a separation (such as racks or tubs) between meat and dairy dishes.

## Dishwashers

There is a difference of opinion as to how to use dishwashers:

1. Most Orthodox authorities hold that you can not use the same dishwasher for meat and dairy utensils, even if they are washed at different times.
2. Some liberal authorities hold that one may use the same dishwasher (provided its interior is stainless steel) for meat and dairy utensils provided that they are washed at different times and an empty full cycle, only with dishwashing soap, (using the hottest water that your dishwasher provides) must be run in between meat and dairy. Some hold that the dishwasher must be left unused for 24 hours before running this cycle.
3. Some authorities require that the (stainless steel) dishwasher be given a thorough cleaning (including the strainer) and that separate racks must be used between meat and dairy cycles. This is the opinion of Rav Moshe Feinstein zt"l.
4. Meat and dairy utensils can never be washed in the same dishwasher at the same time.

**Sources**: United Synagogue of Conservative Judaism, adapted from their interactive CD "Kosher - Sanctifying the Ordinary"



**eHow** DISCOVERc    U Search    Search    Log In   Join

Because, you get $200.
Introducing smarter checking.
*Certain restrictions apply. BMO Harris Bank N.A. Member FDIC*
Open now

BMO Harris Bank
We're here to help.

eHow » Food & Drink » World & Regional Cuisine » Kosher Food » How to Prepare Kosher Food

# How to Prepare Kosher Food

By Amy Brantley
eHow Contributor

Pin   Share   Tweet   Share   Email      ( Save )

Chances are you've often seen food packages that claim to be kosher. This may have led you to wonder how kosher food is prepared. Obviously, there has to be certain guidelines. There has to be more to it than just avoiding pork products. Preparing kosher food involves certain steps that are taken directly from the Torah. The following steps will help you better understand Jewish culture and how to prepare kosher food.

Ad    **Pro Trader Help Desk**
E*Trade      Learn more

Choose kosher meat products. Pork isn't the only type of meat that is prohibited. In fact, many Jewish butchers sell only the front part of animals because the back half contains the sciatic nerve and adjoining blood vessels, which may not be eaten. While this nerve and the blood vessels can be removed, the labor is so time-consuming that butchers choose not to do so. According to kosher laws, animals that have cloven hooves or chew their own cud are considered kosher. Kosher law also allows certain fish and poultry to be eaten, but shellfish are not allowed.

Drain or broil blood from meat. Before kosher meat products can be consumed, they must first be drained of their blood. The blood can also be removed through broiling or soaking and salting the meat. This process is usually taken care of by kosher butchers, but if a kosher butcher is unavailable, this step will be left up to you.

Prepare the meat using kosher ingredients. Meat products cannot be prepared with dairy. For example, cheeseburgers are not kosher. Instead, meat products should be prepared with produce or grains. It's important to note that meat can also be prepared with fish and eggs. If you prefer to have dairy, these ingredients can also be prepared with dairy. The important thing to remember is to not mix dairy and meat.

**Sponsored Links**

2017's Best Work at Home
2017's Best Money Maker Work at Home Job. Make Now Extra $500/Day Income. Apply Today
careercolleges.com

Use separate utensils and cookware for meat and dairy recipes. When preparing kosher food, you will have a set of utensils and cookware for dairy and one for meat. The items used to prepare either type of food must not come in contact with the other type. For example, you cannot cook a steak in a skillet you used to make a cream-based sauce.

Serve meat and poultry with grains and vegetables, but never dairy. Not only is it against kosher law to prepare meat products with dairy, but you should also avoid serving them



SAVE 5¢/gal
ON EVERY FILL EVERY DAY
*Terms and Conditions. Limit 20 gallons*

### Related Searches

Organic Food Meat

Food Recpes

Dog Food Ingredients

Meal Preparation

Halal Food



at the same table. In fact, kosher laws states that you must wait 3 to 6 hours in between

**eHOW** at and saSWERc     U   Search     Search

Sponsored Links

### 2017's Best Work at Home

2017's Best Money Maker Work at Home Job. Make Now Extra $500/Day Income. Apply Today

careercolleges.com

### Machine Learning eBook

Learn Basics To Advanced Techniques. Get Access to Examples, Videos & 30-Day MATLAB Trial.

mathworks.com

### Ditch Your Bank Account

Do Not Deposit Another Dollar into

Your Bank Before Seeing This

rickards-strategic-intelligence.com

### Opioid Dependence Doctor

Find a doctor who can provide

treatment for opioid dependence.

Prescription treatment website

## Tips & Warnings

- You must have a set of dishes for both meat and dairy products. Everything used to prepare and serve meat and dairy dishes must be washed in separate sinks/dishpans.

S
- You cannot wash a piece of cookware that has been used to prepare meat and then use it for dairy. You must have two separate sets.

## Related Searches

How to Prepare Fish for Cooking

Kosher Meat

Kosher Certification

Kosher Israel

Kosher for Passover

## Around the Web


The Best Way to Cook Pork Tenderloin
Bettycrocker.com


A Bruschetta Chicken Bake
Allrecipes.com


Cloud Eggs Will Be Your New Favorite Breakfast Dish
Food52.com


CHECK IT OUT
13 Delicious Thanksgiving Sides That'll Make Turkey Insignificant

## You May Like


Kosher & Non Kosher Foods


What Does Kosher Food Mean?


Rules of Kosher Foods


What Does the Circled U Mean on Food Labels?


What Kinds of Dog Foods Are Kosher?


How to Prepare Halal Food


Betterment

**RETHINK WHAT YOUR MONEY CAN DO.**

Learn More



Sponsored by CTCA
ehow DISCOVERc

U Search

Search

SIMPLE
OPTIONS
TRADING
FOR BEGINNERS

BILL POULOS

Beginners Guide
g Info Options

How-to Guide to
Trading Options That
Generates Extra
Income At Any Age

Click here to download



**Your body, fighting cancer**

Watch how advancements in immunotherapy change Stephen?s cancer fight.

All fruits are kosher foods. Bugs and worms that can contaminate these fruits are not
kosher, so care must be taken to rid any fruit of these pests by washing the fruits well.
Raspberries, blackberries and strawberries can be a problem because tiny insects can
hide in these berries. Soak strawberries in a water bath or cleaning solution, agitate the
water to loosen insects, rinse and cut off the tops. Blackberries and raspberries require a
different method. You should remove three of the berries, blow on the berry to see if any
insects crawl out, and, if not, then you can eat the berries. If you do see an insect, all of
the berries must be checked.





**Illinois**
Department of
**Corrections**

Bruce Rauner
Governor

S. A. Godinez
Acting Director

Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

# MEMORANDUM

**DATE:** February 13, 2015

**TO:** Nicholas R. Lamb
A/W of Operations

**FROM:** Joy Vanderweit, RN Supervisor *Vander Weit PSA RN*

**SUBJECT: SAFETY & SANITATION REPORT**

This report is for the month of **February 2015**.

**B HOUSE** – Inspection Report By: Lewandowska, RN
The area is not free of insects/rodents.

**C HOUSE** – Inspection Report By: Garcia, RN
The area is not free of insects/rodents.

**D HOUSE** – Inspection Report By: Tuxbury, LPN
Red bags are not available in the CMT office.

**E HOUSE** – Inspection Report By: Henning, LPN
The area is not free of insects/rodents.

**F HOUSE** – Inspection Report By: Frazier, CN II
Area has exposed wiring and is not free of insects/rodents, birds and
other animals. The floors and windows are not clean or in good repair.
Vents are not clean and intact. There is not a soap dispenser available
in the restroom. Mattresses are not in good condition.

**G, H, I HOUSE, MSU KITCHEN, MSU FARM** – Units Closed.

**X HOUSE** – Inspection Report By: Christersen, CN II
Compliant, per report.

## COMMISSARY

ISSUES:    1st room on the right from the entrance – replace necessary ceiling tiles, light switch plate is missing exposing wires.  2nd room on the left from entrance – replace windows and necessary ceiling tiles.  The old restroom on the left side needs ceiling tiles replaced.  Main area (by Commissary windows) above the breaker box- there is a meter without a cover and has exposed wires.  Restroom on right side - there is no hot water; the ceiling and water heater leaks and the ceiling tiles need to be replaced.  1st room inside the secured area – the radiator leaks and is missing the knob; ceiling tiles need to be replaced; light fixtures need repair and new light bulbs installed and the outlets need covers.  Printer area – replace necessary ceiling tiles, electrical outlet needs a cover and more outlets need to be installed in this area, there are too many extension cords.   Storage room #1 – ceiling tiles are falling down; replace light fixtures and/or light bulbs.  Storage room #2 – the ceiling needs to be repaired.  Toilet needs to be completely replaced.  Storage room #4 - ceiling tiles need to be replaced, area where the fan was is boarded up this needs to be secured; the walk in cooler has exposed wires and needs to be repaired.  There is a small pipe hanging down which needs to be taken completely off or secured back onto the wall.  Computer/Work area – replace ceiling tiles where needed, the ceiling heating fan leaks and the ceiling vent leaks when it rains/snows.  Room #103A – exhaust fan is uncovered and does not work.

STATUS:    Work is being done.

FOLLOW-UP:  Above issues is pending completion.

## DIETARY

ISSUES:     The entire kitchen needs revamping!!   There are 4 hot boxes and only 2 works.  The sink on the serving line leaks and the drains do not work properly.  The 3-compartment sink in the dish room leaks and the left set of faucets have no cold water.  The hand sink in the dish room is inoperable. Serving Area:  One serving line cooler needs the doors reattached. Approximately 6 windows are broken and need to be replaced. Drain in the floor smells like sewer.

STATUS:    WORK ORDERS HAVE BEEN SUBMITTED.

FOLLOW-UP:  Above issues is pending completion.



bars and security doors are not clean. The shower area is not clean or free of scum.

**G, H, I HOUSE, MSU KITCHEN, MSU FARM –** Units Closed.

**X HOUSE –** Inspection Report By: Kits, RN
The fixtures were not shielded or clean. The windows and screens are not in good repair. The windows and ledges are not clean. The vents are not clean or intact. The area is not free of insects or rodents. The area is not free of birds or other animals. The bars and security doors are not clean. The shower areas are not clean or free of scum.

**OFFICER'S DINING ROOM –** Inspection Report By: Dimialig, LPN
The evacuation plan was not posted. The toilets and sinks are not in good repair. The area was not free of insects or rodents.

**INMATE KITCHEN –** Inspection Report By: Dimialig, LPN
There is not adequate ventilation. The area was not free of insects or rodents. The outer openins are not protected. The area is not free of birds or other animals. The floors are not in good repair. The windows and screens are not in good repair. The unit is not at the proper temperature.

**INFIRMARY –** Inspection Report By: Rossiter, RN
The exit lights are not working. The area has exposed wiring. The vents are not clean or intact. The area is not free of insects or rodents. The bars and security doors are not clean. The shower areas are not clean or free of scum. The mattresses are not in good condition.

**SAFETY & SANITATION REPORT NRC**



**F HOUSE –** Inspection Report By: Barnett, CMT

Hot water is not available in the restroom facilities. The area is not free of insects, rodents, birds or other animals. The shower areas are not clean and free of scum.

**G, H, I HOUSE, MSU KITCHEN, MSU FARM –** Units Closed.

**X HOUSE –** Inspection Report By: Barnett, CMT

Compliant, per report.

**OFFICER'S DINING ROOM –** Inspection Report By: Rue, LPN

The area is not free of insects or rodents.

**INMATE KITCHEN –** Inspection Report By: Rue, LPN

The area is not free of insects or rodents.

**INFIRMARY –** Inspection Report By: Rue, LPN

The area is not free of insects or rodents.

### SAFETY & SANITATION REPORT NRC



Agency: I.D.O.C
Freedom of Information Officer
1301 Concordia Court
P.O. Box 112
Springfield, IL 62794

Requestor: Montez Ark. J
#B84281
P.O. Box 112
Joliet, IL 60434

Date: 06-21-2017

RE: Kosher Dietary Reagreement for I.D.O.C & Master Menu.

Illinois Freedom of Information Act 5ILCS 140/1 et seq.
State Records Act 160/1 et seq.
This request is not made for commercial purposes.
I don't have internet access and cannot access internet access.

Description of Records/Documents Requested: 1.) Dietary Kosher Requirements for I.D.O.C kitchen. 2.) Kosher full Master Menu. 3.) Rules and instructions in handling kosher trays/food and preparing kosher food.

Sincerely
Montez Arts
Montez Ark. J

C: C File

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

July 3, 2017

Montez Artis, B84281
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

**Re: Freedom of Information Request #170628310**

Dear Mr. Artis:

This letter is in response to your request to the Illinois Department of Corrections ("IDOC") pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1, et seq.

You have requested kosher requirements and master menu. IDOC does not maintain or possess records responsive to your request.

In the event you view this response as a denial of your request, you have a right to have the denial reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. 5 ILCS 140/9.5(a). You can file your request for review with the PAC to:

> Public Access Counselor
> Office of the Attorney General
> 500 South 2nd Street
> Springfield, Illinois 62706

You also have the right to seek judicial review of your denial by filing a lawsuit in the state circuit court, pursuant to 5 ILCS 140/11.

If you choose to file a request for review with the PAC, you must do so within 60 calendar days of the date of this denial letter (5 ILCS 140/9.5(a)). Please note that you must include a copy of your original FOIA request and this denial letter when filing a request for review with the PAC.

> Sincerely,
> Lisa Weitekamp
> Freedom of Information Officer

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Case: 1:17-cv-06905 Document #: 1 Filed: 09/25/17 Page 23 of 46 PageID #:23

Agency: I.D.O.C
Freedom of Information Act Officer
1301 Concordia Court
P.O. Box 19277
Springfield, IL 62794-9277

# B84281
P.O. Box 112
Joliet IL 60434

Date: 07-14-17

RE: Kosher Dietary Kitchens located at IDOC Facilities.

Illinois Freedom of Information Act 5ILCS 140/1 etseq.

Statute Records Act 5ILCS 160/1 etseq.

This Request is Not for commercial purposes.

Description of Records/Records Requested: Records and documents
of all I.D.O.C institutions that have Kosher Dietary Kitchens.

Sincerely
Montey Catts
Montez Art. S

C-C. File

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

July 25, 2017

Montez Artis, B84281
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

**Re:    Freedom of Information Act Request #170719185**

Dear Mr. Artis:

This letter is in response to your request to the Illinois Department of Corrections ("IDOC") pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1, et seq.

You have requested documents of all IDOC institutions that have kosher dietary kitchens. IDOC does not maintain or possess records responsive to your request.

In the event you view this response as a denial of your request, you have a right to have the denial reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. 5 ILCS 140/9.5(a). You can file your request for review with the PAC to:

> Public Access Counselor
> Office of the Attorney General
> 500 South 2nd Street
> Springfield, Illinois 62706

You also have the right to seek judicial review of your denial by filing a lawsuit in the state circuit court, pursuant to 5 ILCS 140/11.

If you choose to file a request for review with the PAC, you must do so within 60 calendar days of the date of this denial letter (5 ILCS 140/9.5(a)). Please note that you must include a copy of your original FOIA request and this denial letter when filing a request for review with the PAC.

> Sincerely,
> Lisa Weitekamp
> Freedom of Information Officer

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

STATE OF ILLINOIS )
) SS
COUNTY OF _____ )

## AFFIDAVIT

I, James T. Woods being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

I worked in the Inmate Kitchen for around 10 years (10 years)
from around 2004 to 2014 I believe, maybe more, In that time
there were mice, roaches and their droppings all over the cooking
and serving area. I was both vegan cook and server, also, there
was no designated area for the Kosher or Vegan Diet In the kitchen
then or in 2016 when I returned to the kitchen for six months, the
only change was the mice population dropped but you knew they
were still around because the mice holes in the bread and their
droppings around those wholes. Now there are birds and their droppings
all over the cooking and serving area and they only give us liquid soap,
no bleach or disinfect until the meal has been served. There is also
the fact that the food is served both vegan and kosher next to meals
with non-kosher meat including a fork, when serving the regular
meal, juices, meat ect. can drop into vegan and kosher food, and the
food is still served to vegans, and sometimes when the run out of Kosher
meals they will serve the Kosher guys the vegan diet and they run
out alot.

Once the Kosher Diets are ordered, they are randomly distributed
by inmates and/or supervisors working on the line to pass them out
to those who recieve Kosher Diets.

PAGE 2

There are no pots, pans, serving trays, towels, sinks, tops, Stoves, ovens or eating utinsils that are used for Kosher food, Sometimes packaged utinsils such ase plastic knife, fork and spoon come in the box with the meals and we were Instructed by all charge Supervisors not to give them to inmates although no rule to this date exists that says we the Inmates can't have them. There are also no serving utinsils for Kosher or vegan meals.

_James Wood_
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 30th DAY _July_ , 20 17

_Phyllis Baker_
NOTARY PUBLIC

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires 4/30/2019

STATE OF ILLINOIS )
                  ) SS
COUNTY OF Will    )

**AFFIDAVIT**

I, Montez Artis Jr. being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: _____

I am a Jewish inmate at Stateville Correctional Center, and I'm on a kosher diet, but it is compromised usually by a different and forbidden diet (Hebrew; which is Vegan, or general population diet) Which my Religious Beliefs prohibit me from partaking of such foods, because of contamination.
      The kosher diet prevents me from receiving any dangers to my person, such as; High blood pressure, diabetes, high cholesterol, etc. My breakfast tray is polluted, because the food is not separated and protected or covered, plus I receive hazardous cereal that contains (B.H.T) B.H.T But, linked hydroxytoluene. The National Institute of Health says B.H.T is linked to liver enlargement. B.H.T is banned, in certain country's. I'm suppose to receive fruit with every meal, but I'm denied. I only receive that once or twice a week max.
      The kosher trays are being ordered in quarterly periods, but I'm not receiving them daily or weekly, not even on my holy days. The utensils are supposed to be wrapped or covered (spoons, forks or butter-knives) are not Kosher. Pork is served on the same line as the other food and given to me. I've written grievances about Not receiving diet based on I.D.O.C Master Kosher Menu. Supervisor Tanner is ineffective, non existent, feckless when it pertains to his job performance, it is inadequate, unethical and abysmal.

Subscribed and sworn to                    Respectfully submitted,
before me on the 15 day
of April, 2013.                            Mont Artis Jr.

NOTARY PUBLIC

# Ingredients at issue: What they are, why the concern, who bans then

## Brominated vegetable oil (BVO)

**What is it?** A stabilizer, emulsifier used to prevent separation of citric oils used to flavor drinks.



**Where it's found:** Soft drinks like Gatorade, Mountain Dew, Squirt, Fanta.

**Not eligible for use in:** European Union, India, Japan.

**Concerns:** A 2011 article in Scientific American noted that a few patients who binged on soda "have needed medical attention for skin lesions, memory loss and nerve disorders, all symptoms of overexposure to bromine."

**The FDA says:** "Interim" use at up to 15 parts per million has been permitted since the 1970s, "pending the outcome of additional toxicological studies." The FDA will not say if those tests were ever performed.

**Gatorade says:** "We can assure you that Gatorade is safe. As standard practice we constantly evaluate our formulas and ingredients to ensure they comply with federal regulations and meet the high quality standards our consumers and athletes expect."

## Potassium bromate (bromated flour)

**What is it?** An oxidizing agent that enhances the performance of flour.

**Where it's found:** The American Bakers Association said most members have stopped using potassium bromate, but it still is found in some bread products.

**Not eligible for use in:** Canada, the United Kingdom, China, among others.

**Concerns:** "Although adverse effects are not evident in animals fed bread-based diets made from flour treated with KBrO3, the agent is carcinogenic in rats and nephrotoxic (toxic to the kidneys) in both man and experimental animals when given orally," scientists wrote in Environmental Health Perspectives in 1990. California classifies it as a carcinogen.

**The FDA says:** The agency has encouraged manufacturers to stop using bromated flour but has not banned it. "Provided industry is complying with good manufacturing practices, residual bromate does not pose a public health hazard," said Dennis Keefe, director of the FDA's Office of Food Additive Safety.

**The industry says:** Companies that use bromated flour list it among the ingredients and use it according to FDA guidelines.

## Azodicarbonamide

**What is it?** Used to bleach, age and enhance flour.



**Where it's found:** Some sandwich bread; many fast-food burger buns, including those at McDonald's, Burger King.

**Not eligible for use in** Australia and Europe. In Singapore, use can result in up to 15 years in prison, a fine of $450,000.

**Concerns:** The United Kingdom Health and Safety Executive said "the effects of exposure to azodicarbonamide in humans have not been fully evaluated, although evidence for respiratory (sensitization) has been found in ... studies."

**The FDA says:** The agency has "found concentrations of SEM in a limited survey of domestic bread and bakery products ... indicative of azocarbonamide concentrations in excess of the 45 ppm regulatory limit." The agency "has contacted the baking industry to identify production changes aimed at reducing SEM levels and potential consumer exposure and has recently

initiated another survey of bread and bakery products."

**McDonald's says:** Azodicarbonamid "is used by McDonald's bakery supplies to help make the quality of their bread more consistent within each and every batch. ...All of our food ingredients in U.S. comply with federal food laws."

## Butylated hydroxyanisole (BHA), butylated hydroxytoluene (BHT)

**What are they?** Used to slow the spoilage of certain fats and oils in food, cosmetics and pharmaceutical products.

**Where they are found:** Processed butters, meats, cereals, gum, baked goods, vitamins, dehydrated potatoes and beer.

**Not eligible for use in:** European cosmetics.

**Concerns:** California classifies BHA carcinogen. The National Institutes of Health says BHT is linked to liver enlargement.

**FDA's position:** An agency committee called in the 1970s for research on potential risks. The agency did not say whether studies were conducted.

**Food manufacturer Kellogg says:** "BHT is a common preservative, approved by the Food and Drug Administration

EXHIBIT  TO GRIEVANCE
+ FOIA APPEAL

## RICE CRISPIES CEREAL

**(Arroz Inflado Natural)**

**ITEM NUMBER 1120016**

Golden Foods

**Nutrition Facts**
Serving Size 1 cup [30g]

| Amount Per Serving | Cereal | Cereal with 1/2 cup Skim milk |
|---|---|---|
| Calories | 110 | 150 |
| Calories from fat | 10 | 10 |

| % Daily Value |  |  |
|---|---|---|
| Total Fat 1g | 2% | 2% |
| Saturated Fat 0g | 0% | 0% |
| Trans Fat 0g |  |  |
| Cholesterol 0mg | 0% | 0% |
| Sodium 225 mg | 9% | 11% |
| Total Carbohydrate 26g | 9% | 10% |
| Dietary Fiber 1g | 4% | 4% |
| Sugars 3g |  |  |
| Protein 2g |  |  |

| Vitamin A | 10% | 21% |
| Vitamin C | 10% | 2% |
| Calcium | 2% | 20% |
| Iron | 10% | 10% |
| Thiamin | 10% | 13% |
| Riboflavin | 10% | 20% |
| Niacin | 10% | 11% |
| Vitamin B6 | 10% | 10% |
| Folate | 10% | 12% |
| Vitamin B12 | 10% | 10% |
| Pantothenic acid | 10% | 14% |
| Zinc | 10% | 16% |

Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

### Ingredients:

Rice flour, sugar, corn flour, Iodized salt, niacin, ferric orthophosphate (iron), zinc sulfate (zinc), pantothenic acid, pyridoxine clorhidrate (vitamin B6), riboflavin (vitamin B2), thiamin mononitrate (vitamin B1), retinyl palmitate (vitamin A), folate, cobalamine (vitamin B12).
May contain wheat and soy.

N-0386/0511

Manufactured by:
Cereales y Pastas S.A. de C.V.
Ave. México-Japón 400-A
Col. Industrial Celaya
Celaya, Gto. C.P. 38010
Tel. (52) 461 1922000

FDA Registration Number:
18264293394

DISTRIBUTED BY:
Institutional Supplies, LLC
Phone: 815 941 0617

**DD/MM/AA-YY**

Best before and lot: 08/11/13

**Made in Mexico** Net weight 26.45 lbs.

---

## MULTIGRAIN RINGS CEREAL

**(Noonies Natural)**

**ITEM NUMBER 1176002**

Golden Foods

**Nutrition Facts**
Serving Size 1 cup / Tamaño a la porción

### Ingredients:

Wheat flour, corn flour, oat flour, sugar, Iodized salt, calcium carbonate, caramel color IV, artificial colors (yellow 5 and yellow 6, preservative (BHT) dicalcium phosphate (Phosphorus and calcium), niacin, Ferric Orthophosphate (iron), zinc sulfate (zinc), Pantothenic acid, Pyridoxine clorhidrate (vitamin B6), Riboflavin (vitamin B2), Thiamin mononitrate (vitamin B1), Retinyl Palmitate (vitamin A), Folic acid, Cobalamine (vitamin B12) This product contains wheat and may contain soy bean and sensitive colors.

N-0386/0511

Manufactured by:
Cereales y Pastas S.A. de C.V.
Ave. México-Japón 400-A
Col. Industrial Celaya
Celaya, Gto.
Tel. (52) 461 19...
FDA Registration number:
...4293394
DISTRIBUTED BY:
Institutional Supplies...
...ine 815...

**DD/MM/AA-YY**

Best before and lot: 03/10/13

**Made in Mexico** Net weight c 8
4 pieces / 3

---

## BRAN FLAKES CEREAL

**(Special Bran Flakes)**

**ITEM NUMBER 1070015**

Golden Foods

**Nutrition Facts**
g Box 1 cup / Tamaño de la porción [30g]

| Amount Per Serving | Cereal | Cereal with 1/2 cup Skim milk |
|---|---|---|
| Calories | 110 | 150 |
| Calories from fat | 10 | 10 |

| % Daily Value |  |  |
|---|---|---|
| Total Fat 1g | 2% | 2% |
| Saturated Fat 0g | 0% | 0% |
| Trans Fat 0g |  |  |
| Cholesterol 0mg | 0% | 1% |
| Sodium 225 mg | 9% | 20% |
| Total Carbohydrate 26g | 9% | 20% |
| Dietary Fiber 5g | 20% | 20% |
| Sugars 3g |  |  |
| Protein 6g |  |  |

| Vitamin A | 10% | 21% |
| Vitamin C | 0% | 2% |
| Calcium | 0% | 25% |
| Iron | 10% | 10% |
| Thiamin | 10% | 13% |
| Riboflavin | 10% | 20% |
| Niacin | 10% | 11% |
| Vitamin B6 | 10% | 12% |
| Folate | 10% | 12% |
| Vitamin B12 | 10% | 15% |
| Pantothenic acid | 10% | 14% |
| Zinc | 10% | 16% |

Percent daily value are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| | | 25g | 30g |

### Ingredients:

Whole wheat flour, wheat bran, sugar, Iodized salt, malt extract, caramel color, FD&C yellow 5, FD&C yellow 6, FD&C red 40, artificial coconut flavor, BHT (preservative), high fructose corn syrup, niacin, ferric orthophosphate (iron), zinc sulfate (zinc), pantothenic acid, pyridoxine clorhidrate (vitamin B6), riboflavin (vitamin B2), thiamin mononitrate (vitamin B1), retinyl palmitate (vitamin A), folate, cobalamine (vitamin B12). Contains wheat and may contain soy.

N-0386/0511

Manufactured by:
Cereales y Pastas S.A. de C.V.
Ave. México-Japón 400-A
Col. Industrial Celaya
Celaya, Gto. C.P. 38010
Tel. (52) 461 1922000

FDA Registration Number:
18264293394

DISTRIBUTED BY:
Institutional Supplies, LLC
Phone: 815 941 0617

**DD/MM/AA-YY**

Best before and lot: 25/10/

**Made in Mexico** Net we...

page 1/2

EXHIBIT(S) to GRIEVANCE(S) + FOIA Appeal

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: Artis    Montez    B84281
    Last Name      First Name    MI    ID#

Facility: Stateville

☒ Grievance; Facility Grievance # (if applicable) _____ Dated: 6/28/17 or ☐ Correspondence: Dated: _____
Received: 7/17/17 Regarding: Dietary Conditions, Kosher meals
   Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
     Office of Inmate Issues
     1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
     Date

☐ No justification provided for additional consideration.

**Other** (specify): No dates of specific incident, no facility grievance office report, must have been at Stateville since 2012.

Completed by: Sarah Johnson    Signature    7/26/17
    Print Name         Date

Distribution: Offender    *Printed on Recycled Paper*    DOC 0070 (Rev.5/2017)
     Inmate Issues

160
C857

## ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 06-28-17 | Offender: (Please Print) Morter Art. J | ID#: B84281 |
|---|---|---|
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: | Stateville C.C. |

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [x] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify) Kosher.

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report

RECEIVED
STATEVILLE C.C.
160 JUL 0 5 2017 Facility where issued
GRIEVANCE DEPARTMENT

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

1.) Stateville C.C. Kitchen is infested with mice, birds, Roaches, spiders, ants, and mold and asbestos. (See Exhibit B)

2.) Stateville C.C. does not have a dietary Kosher Kitchen.

3.) Stateville C.C. consistently violated Kosher dietary Requirements, Stateville does not feed Kosher inmates according to the Full Kosher Kosher Menu nor half of Kosher Menu. (See Exhibit A)

4.) Stateville C.C. Kitchen contaminated and Polluted all Kosher inmates Food, eating utensils, cups, plates, cooking pans, containers for Food, everything that Kosher inmates use.

**Relief Requested:** 1.) Build a Kosher dietary 2.) Train Staff in Kosher Requirements 3.) Get Rid of Roaches, mice, birds, spiders ants, mold & asbestos. 4.) Pay me $50,000.

[x] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Morty Ctl | B84281 | 06.28.17 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

### Counselor's Response (if applicable)

| Date Received: 7.08.17 | [ ] Send directly to Grievance Officer | [x] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** Duplicate grievance to grievance dated 6-4-17.

| C. Williams | C. Will | 7.13.17 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

RECEIVED
JUL 17 2017
ADMINISTRATIVE REVIEW BOARD

---

### EMERGENCY REVIEW

| Date Received: 7/6/17 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Randy Liste | | 7.7.17 |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

Illinois Department of Corrections
OFFENDER'S GRIEVANCE

5.) Stateville C.C. breakfast trays are not in compliance to kosher Requirements.

A) The cereals are mixed with fruit.

B) Neither the cereal or fruit is placed inside separate containers.

C.) The grits, oatmeal, gravy, is cooked in the pots where pork is cooked and placed until served to inmates.

D.) The eggs or cooked in the same pots.

E.) All food that is cooked on grill as is sold and served to kosher inmates is contaminated, polluted and tainted.

6.1 Stateville C.C. gives kosher inmates contaminated lettuce.

A.) The lettuce is placed inside general population containers which defiles or food. Because of pork and other contaminant s.

b). The brown population trays that we are force to use to in order to get lettuce are general population trays that pork is placed on.

C.) The dishwasher is broken, the brown trays are usually wet and unclean and because such environment exist I cannot eat lettuce are most of the time denied lettuce by Mr. Port Wood because the will not allow kosher inmates to have ham trays due to budgetary and financial constraints.

RECEIVED

JUL 17 2017

ADMINISTRATIVE
REVIEW BOARD

2.

Illinois Department of Corrections

OFFENDER'S GRIEVANCE

7.1 Stateville C.C. usually serves me the same meal (2) to (3) days in a row.
Sometimes I have chicken patty meals for lunch and dinner for (2) to (3) days in a row, this violated the Requirements of the kosher Master Menu.
Sometimes the meals become delectable because their served wave slop!

8.1 Stateville C.C. usually serves the kosher tray cold or warm, they tray are rarly cooked until their hot.
The lettuce is usually not fresh.

9.1 Stateville C.C. doesnot have a dietary kosher kitchen for kosher inmates.
A.1 Stateville C.C. pans, pots and all cooking utensils pollute koshers meal when the kosher meals are placed on top of general population units were Pork is being held or has been held violated my 1st amendment Right.
The sporks (plastic knives, fork or spoon) we (kosher inmates) are given are contaminated because they are not sealed to protect from contamination.
Stateville CC. served pork and will have the utensils that we eat with on the same feed links.

3

RECEIVED

JUL 17 2017

ADMINISTRATIVE
REVIEW BOARD

Illinois Department of Correction
OFFENDER'S GRIEVANCE

10.) Stateville C.C. makes us eat off/with contaminated Trays because Mrs Portwood (kitchen supervisor) stated to me that Stateville cant afford to give another inmate plastic trays (another eating tray) to eat off of.
A.) Mrs Portwood began doing this when Stateville began having problem with the lack of styrofoam trays.
A.) I.f we dont accept the brown contaminated trays we are Refuse lettuce.

11. When these violations are mentioned to kitchen supervisor Mrs. Portwood, She states that she dont give a damn!

12.) When Stateville is on lockdown our (another inmates) trays are placed in a brown bag and inside is lettuce with the (another tray), which should be placed inside a Styrofoam tray.

13.) Head Supervisor Mr. Tanner is spoke to by another inmates pertaining the contamination of another trays, spoons, forks, sporks, knives, pans cooking pots, grills feeding lines and drinking cups and he Tanner says that we need to file grievances.

**RECEIVED**

JUL 17 2017

**ADMINISTRATIVE
REVIEW BOARD**

4.

Illinois Department of Corrections
OFFENDER'S GRIEVANCE

14/ The beds, roaches, mice, ants, and spiders leave their droppings on the kitchen counter tops, pans, cooking utensils, tables and seats.

15/ The kitchen at Stateville C.C. doesnot fit the proper requirements to feed the general population, and by it not having a kosher dietary part for kosher inmates. With all the disgusting, unsanitary and unsafe issues, like mold, mildew, and asbestos, Plus in adequate ventilation, lack of proper temperature, broken/cracked floors, exposed wiring, broken windows, broken sinks, broken coolers, broken drain, and a host of other problems.

RECEIVED

JUL 17 2017

ADMINISTRATIVE
REVIEW BOARD

5.

(EXHIBIT A)

## I. D.O.C Full Master Kosher Meal Pattern.

Breakfast:
(2) Two Whole Pieces of fruit.
(2) bowls of dry cereal.
(2) Two Pckgs of peanut butter or egg entree.
(2) Two servings of tortillas, bread, cake, etc
(2) Two Pckg's of Milk substitute.

Lunch and Dinner: Tuesday, Thursday, and supper on Saturday

(6) 6 x 6oz Drained Tuna
(1½) cup lettuce mix
(4) Pckgs of salad dressing
(8) eight oz cold drained tomatoes
(2) Two servings of saltines, tortillas, variety, crackers, etc
(1) Package of Nutra-Cal drink mix.

Lunch and Dinner: Monday Wed Friday & Sunday

One (1) complete Entree
One (1) lettuce mix
Two (2) Packs of Salad dressing
Two (2) servings of saltines, tortillas, variety, crackers, etc
One (1) Piece of whole fresh fruit
One (1) Package of Nutra-Cal drink mix.

RECEIVED

JUL 17 2017

ADMINISTRATIVE
REVIEW BOARD

6.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

B84281

**Offender:** Artis                    Montez                    B84281
                 Last Name                  First Name              MI          ID#

**Facility:** Stateville

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 5/11/17 or ☐ Correspondence: Dated: _____

Received: 7/3/17 Regarding: Kosher dict
                 Date

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
                 Office of Inmate Issues
                 1301 Concordia Court, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                 Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

_____

Completed by: Sarah Johnson                    [signature]                    7/26/17
                 Print Name                              Signature                      Date

Distribution:  Offender          Printed on Recycled Paper                    DOC 0070 (Rev.5/2017)
               Inmate Issues

152                                                                                          C857

## ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 05-11-17 | Offender: (Please Print) Montez Arlee | ID#: B84281 |
|---|---|---|
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. | |

### NATURE OF GRIEVANCE:

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☒ Dietary    ☐ Medical Treatment    ☐ HIPAA

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify)

RECEIVED STATEVILLE C.C. MAY 2 3 2017 GRIEVANCE DEPARTMENT BY:

RECEIVED STATEVILLE C.C. MAY 1 8 2017 GRIEVANCE DEPARTMENT BY: 1371

☐ Disciplinary Report: _____ / _____ / _____
       Date of Report       Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

In 2016 Stateville began serving Jewish inmates who observe the kosher diet, allege kosher trays with all the food scrambled & mixed together. kosher foods must be separated each part of the meal. our goods, cake are not covered with plastic.

Our Kosher break fast cereal are not placed in separate bags, our bread is not covered, our fruit is not placed in secure storage. when I get my break fast tray food is every where.

**Relief Requested:** Follow kosher Diet Rules. Inst. kosher kitchen.

☒ Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Offender's Signature | B84281 ID# | 05-11-17 Date |
|---|---|---|

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 6, 04, 17    ☒ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Grievance is untimely, an offender has 60 days from the date of the incident to file a grievance.

RECEIVED JUL 0 3 2017 ADMINISTRATIVE REVIEW BOARD

| C. Williams Print Counselor's Name | C. W. Signature Counselor's Signature | 6, 28, 17 Date of Response |
|---|---|---|

---

### EMERGENCY REVIEW

Date Received: 5, 18, 17    Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | 5, 18, 17 Date |
|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS

D741

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Artis_ _Montez_ _B84281_
Last Name     First Name     MI     ID#

Facility: _Sta_

☑ Grievance: Facility Grievance # (if applicable) _(3)_    Dated: _3/17/13; 3/21/13; 3/27/13_    or ☐ Correspondence: Dated: _____

Received: _4,24,13_   Regarding: _Dietary - Kosher Trays_
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☑ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☑ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
     Office of Inmate Issues
     1301 Concordia Court
     Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:   Illinois Prisoner Review Board
     319 E. Madison St., Suite A
     Springfield, IL   62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____ / _____ / _____ .
                       Date

☐ No justification provided for additional consideration.

Other (specify): _____

Completed by: _Sarah Johnson_     _Sarah Johnson_     _5,19,13_
     Print Name            Signature           Date

9/0

DM41

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 03, 17, 13 | Offender: (Please Print) Montee Arts | ID#: B84081 |
|---|---|---|

Present Facility: Stateville C.C    Facility where grievance issue occurred:

**NATURE OF GRIEVANCE:**

GRIEVANCE OFFICE

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☑ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify)

APR 11 2013

- ☐ Disciplinary Report: ___/___/___
  Date of Report

STA#

Facility where issued    952

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Mr. Arts has not received kosher tray since
03.08.13. Kosher tray was given to Mr. Arts twice this month.
What's the problem? Supervisor Tinder knows that anything
outside of kosher is considered contaminated to Jewish
inmates. The Hebrew's, and every other dietary obligation are
met by Stateville except for kosher trays!

Relief Requested: Hire kosher Chef. Hire New Supervisor to
handle kosher diet.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Monty Arts | B84281 | 03, 17, 13 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 4, 2, 13    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: As previously addressed, When Kosher meals are out of stock, substitute meal is provided.

| 4meenah Waarith | Con Waarith | 4, 5, 13 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: 3, 27, 13    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Inmate Issues

APR 2 4 2013

| Michael Lehr (SS) | | 3, 27, 13 |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

Distribution: Master File; Offender    Page 1    DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

D741

| Date: 03, 21, 13 | Offender: (Please Print) Montez Artis Jr | ID#: B88428l |
|---|---|---|
| Present Facility: | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**                                    GRIEVANCE OFFICE

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [x] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA 2013
- [ ] Other _____

- [ ] Disciplinary Report: ____/____/____    STA#
  Date of Report                 Facility where issued   121

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Mr. Artis arrived at Stateville 6, 18, 12 and began receiving kosher trays about 6, 26, 12. But Mr. Artis has not received any Kosher utensiles with Kosher meals. The spoons, forks and plastic knives (butterknives) are supposed to be sealed in plastic, but Stateville will not order said utensiles for Jewish inmates.

Mr. Artis and Jewish inmates have not received fruit in about a Month and a half.

Relief Requested: Order Kosher spoons, forks, and butter knife. Began to supply Kosher inmate with fruit and proper diet.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Monty Artis Jr | B88428l | 03, 21, 13 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: ____/____/____   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: 4, 5, 13   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Marcus Hardy (SS) | | 4, 5, 13 |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

Inmate Issues

APR 2 4 2013

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 03, 27, 13 | Offender: (Please Print) Montez Artis - Jr. | ID#: B84281 |
|---|---|---|
| Present Facility: Stateville C.C | Facility where grievance issue occurred: | GRIEVANCE OFFICE |

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
| ☐ Staff Conduct | ☑ Dietary | ☐ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): |

APR 8 2013

1128

☐ Disciplinary Report: ____/____/____   _____
                        Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: Mr. Artis did not receive kosher diet tray today March, 27, 13. Mr Artis religious status is Jewish and the Jewish Holiday began March 25, 13. this Holiday states we are not to receive any food item with yeast but the Jewish inmates and I are given bread we are also suppose to receive special Jewish kosher dinner trays but are not.
   Mr. Artis is suppose to receive fruit with diet trays food breakfast, Lunch and dinner, but Stateville has Not given Mr. Artis nor Jewish inmates fruit since Feb. 1, 13

Relief Requested: Give me All my requirement that I, D, O, C says, Im obligated to receive. Hire kosher Chef.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Montez Artis Jr.                    B84281           03, 27, 13
   Offender's Signature                ID#              Date

**(Continue on reverse side if necessary)**

| **Counselor's Response** (if applicable) | | |
|---|---|---|
| Date Received: ____/____/____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

_____

_____          _____          ____/____/____
Print Counselor's Name          Counselor's Signature       Date of Response

| **EMERGENCY REVIEW** | | |
|---|---|---|
| Date Received: 4, 5, 13 | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

   Michael Lee (SS)                              4, 5, 13
   Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender          Page 1                    DOC 0046 (Rev. 3/2005)
                              Printed on Recycled Paper

**Inmate Issues**

APR 2 4 2013

D741

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 04, 15, 13 | Offender: (Please Print) Montez Artis Jr. | ID#: B84281 |
|---|---|---|

GRIEVANCE OFFICE

| Present Facility: Stateville C.C | Facility where grievance issue occurred: | |

APR 17 2013
STA # 1269

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [x] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Mr. Artis has been informed into the reasons for Not Receiving his Kosher tray on a regular basis. The information that Mr. Artis was told, is that Dietary Manager Tanner orders Kosher foods every quarterly or monthly, but sends them back to where they came from. One thing is for certain, and that is I'm not receiving any. Mr. Artis was denied Passover trays for celebration of Jewish Holiday by Tanner and has Not received a kosher tray this month. Mr Tanner (Dietary Manager) knows all too well that anything serve to Jewish inmates that is not kosher is deemed polluted, contaminated, and tainted.

**Relief Requested:** Hire New Dietary Manager, Hire Kosher Chef.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Montez Artis Jr. | B84281 | 04, 15, 13 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 4, 24, 13

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Dietary Manager Tanner is doing his best to ensure everyone listed get their Kosher Tray as IDoc Budget allows.

| Ameenah Waavite | Ceu Wus | 4, 24, 13 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: 4, 18, 13

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Michael Berke | 4, 19, 13 |
|---|---|
| Chief Administrative Officer's Signature | Date |

---

Distribution: Master File; Offender

Page 1

DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Prooblem 1: Mr. Artis is Not receiving Kosher Trays on regular schedule. Some months not any.

Problem 2: The breakfast cereal that Stateville serves has (B.H.T) Butylated hydroxtluene. The National Institute of Health says B.H.T is linked to liver enlargement.

Problem 3: Mr. Artis, breakfast is not Kosher, nothing is separated when breakfast tray is made.

Problem 4: The utensiles are not Kosher(Spoons, forks and butter-knives) should be pakaged and pratected by wrapper.

Problem 5: Dietary Manager Tawner does not feed Jewish inmates according to I.D.O.C Kosher Master Menu.

Problem 6: By not receiving Kosher meals Mr. Artis does not receive proper nutrition.

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

D741

| Date: 12 18 12 | Offender: (Please Print) Monroe Artis | ID#: B 84281 |
|---|---|---|

| Present Facility: | Facility where grievance issue occurred: | GRIEVANCE OFFICE |
|---|---|---|

**NATURE OF GRIEVANCE:**

JAN 8 2013

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] Staff Conduct
- [x] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): **29**

- [ ] Disciplinary Report: ___/___/___
  Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Inmate Artis Religious Beliefs have been violated and denied since Nov. 19, 11. I.D.D.C. and Stateville C.C. continually serves Mr. Artis' contaminated Food instead of Mr. Artis' Kosher Foods. Vegan and General population diet is tainted by contact from Cooks and polluted by Food such as (Pork) placed side by side. These Facts are supported by scriptures from the (TANAKH) Bible. Leviticus 11: 47ᵗʰ-47, Deuteronomy 8:11, Exodus 20:20. The Kosher Meals are double wrapped and sealed that they may not be exposed to contamination and polluted by people or other Foods and germs.

**Relief Requested:** Enforce the rules of I.D.O.C. according to Jewish Diet. Order Kosher Tray from outside source. Like Kosher Chick.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Monty Artis | B84281 | 12 18 12 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (If applicable)

| Date Received: 1 11 13 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** Duplicate Grievance. This grievance was answered on 12/14/12

| T/A I Jefferson | | 1 11 13 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: 1 7 13 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Michael Lemke | 1 8 13 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

My fiaTh is in the Value and truth or trustworthiness in the Words of God. My belief stems from the TaNaKH (Bible) and other Religious writings (TALMUD) which is a Religious system that is continually violated by Stateville C.C. and I.D.O.C.

Mr. Artis cannot faithfully practice religion due to the contaminated food he continues to receive. General population foods makes Mr. Artis unclean and some of the food is an abomination Accordingly to TaNaKH (Bible) Leviticus 11: 27-47.

Mr. Artis has filed numerous grievances pertaining these issues, but has No Avail.

Printed on Recycled Paper