# __Index of Exhibits__

Exhibit A – Emails between Plaintiff's Counsel and Defense Counsel from 02/03/2019 to 02/04/2019

Exhibit B – Emails between Plaintiff's Counsel and Defense Counsel from 02/06/2019 to 02/18/2019

Exhibit C – Emails between Plaintiff's Counsel and Defense Counsel from 02/06/2019 to 02/15/2019

Exhibit D – Emails between Defense Counsel and Plaintiff's Counsel on 02/19/2019

Exhibit E – Letter from Plaintiff's Counsel to Defense Counsel on 02/05/2019

Exhibit F – Email from Plaintiff's Counsel to Defense Counsel on 01/05/2019

Exhibit G – Letter from Plaintiff's Counsel to Defense Counsel on 12/21/2018